# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| LAURA MORLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:20CV29-PPS |
| ) | |
| SAGE-POPOVICH, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff's Motion to Voluntarily Dismiss Case [DE 30] is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

The case is thereby **CLOSED**.

**SO ORDERED**.

ENTERED: November 2, 2020.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE